UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * * *

In Re:

Richard I. Bowden
       Debtor
* * * * * * * * * * * * * * * * * * * * *

Ocwen Loan Servicing, LLC
       Movant

v.

Richard I. Bowden

and

Gary M. Growe, Esq.
       Chapter 7 Trustee
       Respondent
* * * * * * * * * * * * * * * * * * * * *

CHAPTER 7 PROCEEDING

CASE NO. 10-10958

## MOTION FOR RELIEF FROM AUTOMATIC STAY

    Ocwen Loan Servicing, LLC (the "Bank") hereby moves for relief from the automatic stay pursuant to 11 U.S.C. § 362 and in support thereof states as follows:

    1. This Court has jurisdiction over this matter pursuant to 28 U. S. C. 1334 (b).

    2. Pursuant to the provisions of 28 U. S. C. 157 (b)(1) and 157 (b)(2)(G), this matter is a core proceeding in which this Court is entitled to enter appropriate orders and judgments.

    3. Ocwen Loan Servicing, LLC is the holder of a promissory note dated September 16, 2005 in the original principal amount of $125,000.00 given by Richard I. Bowden secured by a mortgage recorded in the Hancock County Registry of Deeds in Book 4300, Page 177 conveying real property located at 30 Phoenix Lane, Blue Hill, Maine 04614.

    4. This Chapter 7 case was filed on June 16, 2010.

    5. The amount owed to the Bank under the terms of the Note and Mortgage as of June 23, 2010 is $96,387.57 as set forth in the worksheet filed herewith.

    6. The Bank asserts the market value of the property to be no more than $184,900.00, as stated in Debtor's schedules.

    7. The secured claim as set forth above exceeds the security value of the property taking into account the cost of liquidation.

    8. The Bank lacks adequate protection of its interest in the property.

WHEREFORE, the Bank prays that this honorable Court:

A.  Enter an order granting relief from the automatic stay imposed by 11 U.S.C. Section 362 to proceed to foreclose and obtain possession of the property under state law; and

B.  For such other and further relief as this Court deems to be just and proper.

Ocwen Loan Servicing, LLC

Dated: 7/7/2010

By:/s/ Leonard F. Morley, Jr.
Leonard F. Morley, Jr., Esq.
William B. Jordan, Esq.
Shapiro & Morley, LLP
75 Market Street, Suite 505
Portland, Maine 04101
(207) 775-6223
morleybankrupt@logs.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * * *

In Re:

Richard I. Bowden
    Debtor

* * * * * * * * * * * * * * * * * * * * *    CHAPTER 7 PROCEEDING

Ocwen Loan Servicing, LLC    CASE NO. 10-10958
    Movant
v.

Richard I. Bowden
    Respondent

* * * * * * * * * * * * * * * * * * * * *

NOTICE OF PRELIMINARY HEARING

    Please take notice that a preliminary hearing upon the attached Motion for Relief from Stay will be held on August 5, 2010 at 10:00 AM, at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine 04401.  You must file an answer to the Motion admitting or denying each allegation contained therein, with the Clerk of the U. S. Bankruptcy Court, 202 Harlow Street, Bangor, Maine 04401 with a copy to counsel for the Movant and other parties in interest on or before the response date of July 22, 2010.  If you fail to respond in accordance with this notice, the relief requested may be granted by default without further notice and hearing.

Dated: 7/7/2010    /s/ Leonard F. Morley, Jr.
    Leonard F. Morley, Jr., Esq.
    William B. Jordan, Esq.
    75 Market Street, Suite 505
    Portland, Maine 04101
    (207) 775-6223

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

BK No:  10-10958
Chapter:  7
Hearing date: August 5, 2010
Hearing Time:  10:00 AM
Objection Date: July 22, 2010

In re:  Richard I. Bowden

    Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay, Proposed Order, and Notice of Preliminary Hearing have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

Richard C. Cleary, Esq.
Gary M. Growe, Esq., Trustee
US Trustee

Notice will be sent via first class mail to:

Richard I. Bowden
163 Ellsworth Road
Blue Hill, ME 04614


Executed on: 7/7/2010    /s/ Leonard F. Morley, Jr.
    Leonard F. Morley, Jr., Esq.
    William B. Jordan, Esq.