# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Re:  Richard I. Bowden          CASE NO. 10-10958
       Debtor

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WORKSHEET IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I Johnna Miller, Authorized Signer (name and representative capacity of the person signing this worksheet) on behalf of Ocwen Loan Servicing, LLC ("Movant"), do hereby (declare, certify, verify, or state):

## BACKGROUND INFORMATION

1. The address or general description of the real property that is the subject of this motion: <u>30 Phoenix Lane, Blue Hill, ME 04614</u>.

2. Name and address of original mortgagee: <u>Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean and Whitetaker Mortgage Corp.</u>

3. Dates of the note and mortgage: <u>09/16/2005</u>.

4. If Movant is different from the original mortgagee, the status of Movant (e.g., holder, assignee, or servicing agent): <u>Ocwen Loan Servicing, LLC is the current holder of the subject mortgage.</u>

5. Current address of Movant:   <u>Ocwen Loan Servicing, LLC
      1661 Worthington Road; Suite 100
      P.O. Box 24737
      West Palm Beach, Florida 33415</u>

   Payment address if different: _____

_____.

6. Brief statement of Movant's standing (e.g., mortgagee, assignee, servicing agent) and the availability of supporting documentation or other supporting information: <u>Ocwen Loan</u>

<u>Servicing, LLC is the holder of a promissory note dated 09/16/2005 in the original principal amount of $125,000.00 given by Richard I. Bowden secured by a mortgage recorded in the Hancock County Registry of Deeds in Book 4300, Page 177. The mortgage was assigned to Ocwen Loan Servicing, LLC by assignment to be recorded.</u>

## DEBT/VALUE REPRESENTATIONS

7. Total pre-petition and post-petition indebtedness of debtor(s) to Movant at the time of filing the motion: $<u>96,387.57</u>. (Note: this amount may not be relied upon as a "payoff" quotation.)

8. Movant's estimated market value of the real property: $<u>184,900.00</u>.

9. Source of estimated valuation: <u>Debtor's schedules.</u>

## STATUS OF DEBT AS OF
## THE PETITION DATE

10. Total pre-petition indebtedness of debtor(s) to Movant as of petition filing date: $96,387.57.

    A. Amount of Principal: $93,845.77.

    B. Amount of Interest: $2,479.82.

    C. Amount of escrow (taxes and insurance): $0.

    D. Amount of forced placed insurance expended by Movant: $0.

    E. Amount of attorneys' fees incurred pre-petition that have been or will be charged to the debtor (s): $0.

    F. Amount of pre-petition late fees, if any, billed to debtor(s): $51.48.

11. Contractual Interest Rate: 5.625%. (If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect. A separate exhibit may be attached to this form. If so, it is marked Exhibit _-_.)

12. Please explain any additional pre-petition fees, charges, or amounts charged to debtor's/debtors' account and not listed above: Property Inspection Fees: $10.50. (A separate exhibit may be attached to this form. If so, it is marked Exhibit _-_.)

## AMOUNT OF POST-PETITION DEFAULT
## (N/A to Chapter 7)

13. Date last payment was received: N/A to Chapter 7.

14. Alleged number of contractual payments due post-petition from filing of petition through payment due on N/A to Chapter 7.

15. Please list all post-petition payments alleged to be in default:

| ALLEGED AMOUNT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| N/A to | | | | | | |

| Chapter 7 | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS: | $ | $ | $ | $ | $ | $ |

16. Amount of Movant's attorneys fees charged or to be charged to the debtor(s) for the preparation, filing, and prosecution of this motion: $<u>650.00</u>.

17. Amount of Movant's filing fee for this motion: $<u>150.00</u>.

18. Other attorneys' fees charged or to be charged to the debtor(s) post-petition: <u>N/A to Chapter 7</u>.

19. Amount of Movant's post-petition inspection fees: <u>N/A to Chapter 7</u>.

20. Amount of Movant's post-petition appraisal/broker's price opinion: <u>N/A to Chapter 7</u>.

21. Amount of forced placed insurance or insurance provided by the Movant post-petition: <u>N/A to Chapter 7</u>.

22. Sum held in suspense by Movant in connection with this contract, if applicable: <u>N/A to Chapter 7</u>.

23. Amount of other post-petition charges or advances by Movant to be paid by the debtor(s), for example: taxes, insurance incurred by debtor(s), etc.: <u>N/A to Chapter 7</u>.

### REQUIRED ATTACHMENTS

The following documents are attached to this worksheet in support of the motion and marked as exhibits:

(1) Copies of documents showing Movant's interest in the subject property (e.g., a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignment in the chain from the original mortgagee to the Movant. (Exhibits <u>A; B; C</u>)

(2) Copies of documents showing proof of standing to bring this motion for relief if different than the above. (Exhibits <u>-</u>.)

## CERTIFICATION FOR BUSINESS RECORDS

The information provided in this worksheet and/or any exhibits attached to this worksheet (other than the transactional documents attached as required by paragraphs 1 and 2 immediately above) is derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, were kept in the course of the regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

Further, the copies of any transactional documents attached to this worksheet as required by paragraphs 1 and 2 immediately above, are true and accurate copies of the original documents.

## DECLARATION

I Johnna Miller, Authorized Signer (Name and Title) of Ocwen Loan Servicing, LLC (Name of Movant) hereby declare (or certify, verify, or state) pursuant to 28 U.S.C. Section 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the Movant's books and business records.

Executed at WEST PALM BEACH (City/Town), FLORIDA (State) on this 29 day of June (Month) 10 (Year).

Signed: _____

Johnna Miller (Print Name)
Authorized Signer (Title)
Ocwen Loan Servicing, LLC (Movant)
1661 Worthington Road; Suite 100
P.O. Box 24737
West Palm Beach, Florida 33415

PREPARED BY: Jaicel Valverde
Ocwen Loan Servicing,LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835
297045443418
ATTORNEY CODE: 00299 BR

## ASSIGNMENT OF MORTGAGE
## MAINE

This ASSIGNMENT OF MORTGAGE is made and entered into as of the 19th day of MAY, 2010, from MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for TAYLOR, BEAN & WHITAKER MORTGAGE CORP. , whose address is 3300 SW 34 Avenue, Suite 101, Ocala, FL 34474, its successors and assigns, ("Assignor") to OCWEN LOAN SERVICING, LLC. whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of HANCOCK County, State of MAINE, as follows;

Mortgagor: RICHARD BOWDEN
Mortgagee: Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean and Whitetaker Mortgage Corp.
Document Date: SEPTEMBER 16, 2005
Amount: $125,000.00
Recording Date: _____
Instrument Number: _____
Book/Volume/Docket/Liber: 4300
Page/Folio: 177
Property address: 30 PHOENIX LN, BLUE HILL, ME

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges.
This Assignment is made without recourse, representation or warranty.
IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 30TH day of JUNE, 2010.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
ACTING SOLELY AS NOMINEE FOR TAYLOR, BEAN &
WHITAKER MORTGAGE CORP.

BY: _____

NAME:  Christina Carter
TITLE:  Vice President

Signed, sealed and delivered in the presence of:

(1) _____
    Jonathan Burgess

(2) _____
    Jaicel Valverde

STATE OF FLORIDA           )
                           )ss.
COUNTY OF PALM BEACH       )

The foregoing instrument was acknowledged before me this 30TH day of JUNE, 2010, Christina Carter, the Vice President at MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP. on behalf of the corporation. He/She is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA
Elsie Ramirez
Commission # DD914835
Expires: AUG. 09, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

_____
Notary Public State of Florida

MIN: 10002950008260923                                    MERS Ph.#: (888) 679-6377